# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bertelsman, William O. | KY-ED | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

35 West Fifth Street
P. O. Box 1012
Covington, KY 41012-1012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Fifth Third Bank (cash) | A | Interest | M | T | | | | | |
| 3. WesBanco (cash) (Y) | | | | | | | | | |
| 4. Goldline | | None | J | T | | | | | |
| 5. Nationwide (formerly Legg Mason) QS Intl Eq Fd A (LMEAX) | A | Dividend | K | T | | | | | |
| 6. Dupree, Kentucky- Short/Med. Fund (KYSMX) | C | Dividend | M | T | | | | | |
| 7. Dupree, Kentucky - Tax Free Fund (KYTFX) | D | Dividend | O | T | | | | | |
| 8. Dreyfus Growth & Income Fund (DGRIX) (Y) | | | | | | | | | |
| 9. BankAmerica Corp. (common stock) (Y) (BAC) | | | | | | | | | |
| 10. U.S. Savings Bonds (Y) | | | | | | | | | |
| 11. P&G Common Stock (PG) (X) | C | Dividend | M | T | | | | | |
| 12. Computershare (BAC) (X) | A | Dividend | K | T | | | | | |
| 13. ACCOUNT #1 (H) | | | | | | | | | |
| 14. Blackrock Global Allocation Fd Inc A (MDLOX) | D | Dividend | L | T | | | | | |
| 15. First Eagle Global Class AC (SGENX) | A | Dividend | K | T | | | | | |
| 16. Ivy Asset Strategy Fund CL A (WASAX) | B | Dividend | L | T | | | | | |
| 17. Loomis Sayles Strategic Income Fd Cl A (NEFZX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  ACCOUNT #2 (H) | | | | | | | | | |
| 19.  Fifth Third Bancorp (Common Shares) (FITB) | A | Dividend | J | T | | | | | |
| 20.  ACCOUNT #3 (H) | | | | | | | | | |
| 21.  T. Rowe Price Equity Index 500 (PREIX) | | None | J | T | | | | | |
| 22.  T. Rowe Price Health Sciences Fund (PRHSX) | | None | N | T | | | | | |
| 23.  T. Rowe Price Financial Services (PRISX) | | None | K | T | | | | | |
| 24.  ACCOUNT #4 (H) | | | | | | | | | |
| 25.  Merrill Lynch Bank (cash) | A | Interest | M | T | | | | | |
| 26.  Chevron-Texaco Corp. (CVX) | C | Dividend | L | T | | | | | |
| 27.  Clorox Co. (CLX) | C | Dividend | M | T | | | | | |
| 28.  Duke Energy (DUK) | A | Dividend | J | T | | | | | |
| 29.  Enbridge (ENB) | A | Dividend | J | T | | | | | |
| 30.  Energy Transfer LP (ET) | | None | | | Sold | 04/27/20 | J | D | |
| 31.  Exxon Mobil Corp. (XOM) | B | Dividend | K | T | | | | | |
| 32.  General Mills, Inc. (GIS) | B | Dividend | K | T | | | | | |
| 33.  Pepsico, Inc. (PEP) | D | Dividend | N | T | | | | | |
| 34.  Procter & Gamble Co. (PG) | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Southern Co. (SO) | C | Dividend | M | T | | | | | |
| 36. Suncoke Energy Inc (SXC) | A | Dividend | J | T | | | | | |
| 37. Wisconsin Energy Corp. (WEC) | C | Dividend | M | T | | | | | |
| 38. AB All Market Total Return Port Cl A (ABWAX) | D | Dividend | M | T | | | | | |
| 39. Alliance Bernstein Disc. Growth Fd Cl A (CHCLX) | E | Dividend | M | T | | | | | |
| 40. Blackrock Global Allocation Fund Cl A (MDLOX) | D | Dividend | M | T | | | | | |
| 41. Goldman Sachs Rising Div Growth Cl A (GSRAX) | B | Dividend | L | T | | | | | |
| 42. Ivy Asset Strategy Fund CL A (WASAX) | D | Dividend | M | T | | | | | |
| 43. Janus Henderson Forty Fund A (JDCAX) | D | Dividend | M | T | Buy (add'l) | 04/27/20 | J | | |
| 44. Janus Henderson Forty Fund C (JACCX) | B | Dividend | K | T | Buy | 03/31/20 | J | | |
| 45. Natixis Oakmark Int'l Fund (NOICX) | A | Dividend | K | T | | | | | |
| 46. PGIM Jennison Equity Income Fund Cl A (SPQAX) | | None | K | T | | | | | |
| 47. ACCOUNT #5 (H) | | | | | | | | | |
| 48. Merrill Lynch Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 49. New Mexico St. Severance (647310Q95) | A | Interest | K | T | | | | | |
| 50. Washington State Go Ref Bds (93974CH86) | B | Interest | L | T | | | | | |
| 51. University of Kentucky Genl Resources (914378FK5) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | VA Clg Bldg AT Eductnl (92778FDJ9) | A | Interest | K | T | Buy | 07/06/20 | K | | |
| 53. | VA Clg Blg Auth (92778FDW0) | A | Interest | J | T | Buy | 07/06/20 | J | | |
| 54. | Ohio St Spl Oblig Caps (67759HJK1) | A | Interest | L | T | Buy | 05/10/20 | L | | |
| 55. | Louisville Jefferson KY MET (546585JE1) | A | Interest | K | T | | | | | |
| 56. | Wisconsin St Go Bds Ser C (97705MAS4) | A | Interest | K | T | | | | | |
| 57. | Maricopa Cnty Ariz Sch (66897WP5) | A | Interest | L | T | Buy | 09/11/20 | L | | |
| 58. | Nevada Sys. Hgr. Ed. (641496HW7) | B | Interest | L | T | | | | | |
| 59. | University Ark Univ Rev (9140722Q5) | B | Interest | K | T | Buy | 07/25/20 | K | | |
| 60. | Oregon St Dept Transn (68607DTA3) | A | Interest | K | T | | | | | |
| 61. | Vermont Mun Bd Bk Ser 5 RF (924214WA3) | B | Interest | L | T | | | | | |
| 62. | Charlotte NC Arpt Rev (161036NQ7) | B | Interest | L | T | | | | | |
| 63. | Illinois Fin Auth Rev Fd Rev Bds (45204EXS2) | B | Interest | L | T | | | | | |
| 64. | Kentucky Infrastructure (4913138A3) | A | Interest | K | T | | | | | |
| 65. | Connecticut St Go Bds B (20772J7G1) | B | Interest | L | T | | | | | |
| 66. | Texas A&M Univ Rev (88213AGU3) | A | Interest | L | T | Buy | 07/19/20 | L | | |
| 67. | Saline Mich Area SHS (795200JM7) | B | Interest | L | T | | | | | |
| 68. | Auburn Univ Al Gen Fee (050589PG9) | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Campbell & Kenton Cntys Ky Sanit (134041KU5) | | None | L | T | Buy | 09/17/20 | L | | |
| 70. Dekalb Cnty Ga Wtr-Sew Rev Ref Bds Ser A (240523YS3) | C | Interest | L | T | | | | | |
| 71. Maine St Tpk Auth Tpk (560551PV9) | B | Interest | L | T | | | | | |
| 72. Massachusetts St Go Ref Bds Lt Ser B (57582RKP0) | B | Interest | K | T | | | | | |
| 73. Metro Nashvlle Arpt Auth (592190NJ7) | A | Interest | K | T | Buy | 12/06/20 | K | | |
| 74. New York St. Dorm Auth. (649902U68) | A | Interest | | | Redeemed | 02/17/20 | K | | |
| 75. Franklin Ky PPC First (352832AN9) | A | Interest | | | Redeemed | 04/27/20 | K | | |
| 76. Ky State Ppty & Bldg (49151E5L3) | B | Interest | | | Redeemed | 08/03/20 | K | | |
| 77. New Jersey State Revenue Series O (646039RA7) | B | Interest | | | Redeemed | 08/03/20 | L | | |
| 78. Va. College Bldg. Authority (927781ZN7) | A | Interest | | | Redeemed | 07/06/20 | K | | |
| 79. Louisiana University Agriculture (546540MK8) | B | Interest | | | Sold | 09/25/20 | L | B | |
| 80. ACCOUNT #6 (H) | | | | | | | | | |
| 81. UBS Government Reserve | A | Interest | J | T | | | | | |
| 82. Automatic Data Processing, Inc (ADP) | B | Dividend | L | T | | | | | |
| 83. CDK Global Income (CDK) | A | Dividend | J | T | | | | | |
| 84. Clorox (CLX) | A | Dividend | J | T | | | | | |
| 85. Coca Cola Co. (KO) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon Mobile Corp. (XOM) | A | Dividend | J | T | | | | | |
| 87. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 88. Kroger Co. (KR) | A | Dividend | K | T | | | | | |
| 89. Medtronic (MDT) | B | Dividend | L | T | | | | | |
| 90. Occidental Petroleum (OXY) | A | Dividend | J | T | | | | | |
| 91. Procter & Gamble - Common stock (PG) | B | Dividend | L | T | | | | | |
| 92. Western Union Co. (WU) | B | Dividend | K | T | | | | | |
| 93. 3M Co. (MMM) | B | Dividend | L | T | | | | | |
| 94. IShares Trust Russell Midcap Growth (IWP) | A | Dividend | J | T | | | | | |
| 95. American Funds Growth Fund of America (GFAFX) | D | Dividend | L | T | | | | | |
| 96. DWS CROCI Equity Dividend Fund (KDHAX) | C | Dividend | L | T | | | | | |
| 97. Templeton Foreign Fund Cl A (TEMFX) | B | Dividend | K | T | | | | | |
| 98. T-Rowe Price Equity Index 500 (PREIX) | B | Dividend | M | T | | | | | |
| 99. Victory Sycamore Small Company Fund (GOGFX) | A | Dividend | M | T | | | | | |
| 100. Victory Sycamore Established Value Fund (GETGX) | C | Dividend | L | T | | | | | |
| 101. ACCOUNT #7 (H) | | | | | | | | | |
| 102. Michigan Education Savings Program Principal Plus Option 1934 | | None | K | T | Buy (add'l) | 06/12/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bertelsman, William O.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/09/20 | M | | |
| 104. | | | | | Sold (part) | 12/28/20 | K | | |
| 105. Michigan Education Savings Program In School Option | None | K | T | | Buy (add'l) | 06/12/20 | K | | |
| 106. | | | | | Sold (part) | 08/13/20 | J | | |
| 107. ACCOUNT #8 (H) | | | | | | | | | |
| 108. Michigan Education Savings Program Principal Plus Option 1934 | None | K | T | | Buy (add'l) | 06/12/20 | M | | |
| 109. | | | | | Sold (part) | 07/27/20 | K | | |
| 110. | | | | | Sold (part) | 12/18/20 | K | | |
| 111. Michigan Education Savings Program In School Option | None | K | T | | Buy (add'l) | 06/12/20 | K | | |
| 112. | | | | | Sold (part) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William O. Bertelsman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544